No. 342. ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP. ET AL. C. A. 3d Cir. Certiorari denied. *James J. Regan, Jr.* and *Robert M. Taylor* for petitioner Alker. *W. Wilson White* for respondents.

No. 345. MANUFACTURERS HANOVER TRUST CO., TRUSTEE, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Hewitt A. Conway* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Melva M. Graney* for the United States.

No. 463. WEBBER ET AL. *v.* TURNER & BLANCHARD, INC., ET AL.; and

No. 499. MARITIME FOOD CORP. *v.* TURNER & BLANCHARD, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Arthur Abarbanel* for petitioners in No. 463. *David I. Gilchrist* for petitioner in No. 499. *Julius L. Goldstein* for Turner & Blanchard, Inc., *James F. Dunn* and *Morton Zuckerman* for the Government of Pakistan, and *Clement C. Rinehart* for Caltex (India) Ltd., respondents. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for the United States et al. Reported below: 322 F. 2d 249.

No. 45, Misc. WHITE *v.* MAXWELL, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 47, Misc. SPIVEY *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, and *Howard Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondents.